# EXHIBIT A-2

6/8/2016 4:11:42 PM
Chris Daniel - District Clerk Harris County
Envelope No. 11047550
By: bradley darnel
Filed: 6/8/2016 4:11:42 PM

CAUSE NO. 2016-31648

| | | |
|---|---|---|
| COBALT INTERNATIONAL ENERGY, INC. | § § § § | IN THE DISTRICT COURT OF |
| *Plaintiff,* | § § | |
| | § | HARRIS COUNTY, TEXAS |
| vs. | § § | |
| XL SPECIALTY INSURANCE CO. | § § | 125TH JUDICIAL DISTRICT |
| *Defendant.* | § § | |

## DEFENDANT XL SPECIALTY INSURANCE COMPANY'S ORIGINAL ANSWER AND REQUEST FOR DISCLOSURE

Defendant XL Specialty Insurance Company files this original answer to Plaintiff Cobalt International Energy, Inc.'s Original Petition.

### A. General Denial

1. Defendant generally denies the allegations in Plaintiff Cobalt International Energy, Inc.'s original petition.

### B. Request for Disclosure

2. Pursuant to Rule 194, Plaintiff Cobalt International Energy, Inc. is requested to disclose, within 30 days of service of this request, the information or material described in Rule 194.2.

### C. Affirmative Defenses

3. No coverage is available under the XL Policy for the SEC Investigation because Cobalt failed to provide timely notice.

4. No coverage is available under the XL Policy for the Claims comprising the Active Litigation because they are not Claims first made or deemed first made during the Policy Period of the XL Policy.

5. No coverage is available under the XL Policy for the derivative demands made to Cobalt because the derivative demands are not Claims first made or deemed first made during the Policy Period of the XL Policy.

6. Cobalt's claims are barred by the common law doctrines of fortuity, known loss, and loss in progress.

WHEREFORE, for these reasons, Defendant XL Specialty Insurance Company prays that Plaintiff's Petition be dismissed with prejudice or in the alternative, that Plaintiff take nothing on its claims and that Defendant XL Specialty Insurance Company be granted any other relief to which it may be entitled by law.

Respectfully submitted,

/s/ J. Andrew Love
Howard L. Close
State Bar No. 04406500
J. Andrew Love
State Bar No. 24007571
**WRIGHT & CLOSE, LLP**
One Riverway, Suite 2200
Houston, Texas 77056
Telephone: (713) 572-4321
Facsimile: (713) 572-4320

**ATTORNEYS FOR DEFENDANT XL SPECIALTY INSURANCE COMPANY**

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document was served on all counsel of record in this case, identified below, on June 8, 2016 electronically through the electronic filing manager or through email per the parties' agreement.

Eric J. Mayer
Shawn L. Raymond
Adam Carlis
SUSMAN GODFREY LLP
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
emayer@susmangodrey.com
sraymond@susmangodrey.com
acarlis@susmangodrey.com

                                                          /s/ J. Andrew Love
                                                          J. Andrew Love

Unofficial Copy Office of Chris Daniel District Clerk