IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| COBALT INTERNATIONAL ENERGY, INC., <br><br> Plaintiff, <br><br> and <br><br> JACK E. GOLDEN, JON A. MARSHALL, D. JEFF VAN STEENBERGEN, MYLES W. SCOGGINS, MARTIN H. YOUNG, WILLIAM P. UTT, KENNETH W. MOORE, JR., JAMES W. FARNSWORTH, JOSEPH H. BRYANT, JOHN P. WILKIRSON, J. HARDY MURCHISON, PETER R. CONEWAY, N. JOHN LANCASTER, JR., HENRY CORNELL, AND KENNETH A. PONTARELLI, <br><br> Intervenors, <br><br> v. <br><br> ILLINOIS NATIONAL INSURANCE COMPANY; and AXIS INSURANCE COMPANY, <br><br> Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 4:17-cv-01450 |

**JOINT STIPULATION OF DISMISSAL**

Per Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff Cobalt

EAST\147536071.1

International Energy, Inc., Plaintiffs-Intervenors Jack E. Golden, Jon A. Marshall, D. Jeff Van Steenbergen, Myles W. Scoggins, Martin H. Young, William P. Utt, Kenneth W. Moore, Jr., James W. Farnsworth, Joseph H. Bryant, John P. Wilkirson, J. Hardy Murchison, Peter R. Coneway, N. John Lancaster, Jr., Henry Cornell, and Kenneth A. Pontarelli, and Defendant AXIS Insurance Company, file this Joint Stipulation of Dismissal requesting that the Court dismiss Plaintiff and Plaintiffs-Intervenors' claims with prejudice against AXIS Insurance Company, and order that each party bear its own attorneys' fees and costs.

| SUSMAN GODFREY L.L.P. | GIBBS & BRUNS, LLP |
|---|---|
| By: */s/ Eric J. Mayer*<br>Eric J. Mayer<br>Bar No. 13274675<br>Federal ID No. 09698<br>Shawn L. Raymond<br>Bar No. 24009236<br>Federal ID No. 26202<br>Adam Carlis<br>Bar No. 24085237<br>Federal ID No. 1618804<br>1000 Louisiana Street, Suite 5100<br>Houston, Texas 77002<br>Telephone: (713) 651-9366<br>**Attorneys for Plaintiff Cobalt International Energy, Inc.** | By: */s/ Barrett H. Reasoner*<br>Barrett H. Reasoner<br>Bar No. 16641980<br>Federal ID No. 14922<br>Jeffrey C. Kubin<br>Bar No. 24002431<br>Michael R. Absmeier<br>Bar No. 24050195<br>Federal ID No. 608947<br>1100 Louisiana, Suite 5300<br>Houston, Texas 77002<br>Telephone: (713) 650-8805<br>**Attorneys for Intervenors Jack E. Golden, Jon A. Marshall, D. Jeff Van Steenbergen, Myles W. Scoggins, Martin H. Young, William P. Utt, Kenneth W. Moore, Jr., James W. Farnsworth, Joseph H. Bryant, John P. Wilkerson, J. Hardy Murchison, Peter R. Coneway, N. John Lancaster, Jr., Henry Cornell, and Kenneth A. Pontarelli** |

DLA PIPER LLP (US)


By: /s/ Ileana Blanco
Ileana Blanco
Texas Bar No. 02449590
Federal ID No. 948
ileana.blanco@dlapiper.com
Brett D. Solberg
Texas Bar No. 24070651
brett.solberg@dlapiper.com
1000 Louisiana Street, Suite 2800
Houston, Texas 77002-5005
Telephone: (713) 425-8482

By: /s/ Joseph G. Finnerty
Joseph G. Finnerty III *(pro hac vice)*
joseph.finnertyiii@dlapiper.com
Megan Shea Harwick *(pro hac vice)*
megan.shea@dlapiper.com
Neal Kronley *(pro hac vice)*
neal.kronley@dlapiper.com
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4584
**Attorneys for Defendant
AXIS Insurance Co.**

## CERTIFICATE OF SERVICE

I hereby certify that I have, on October 30, 2017, served a copy of the foregoing document on all counsel of record, by electronic means as provided by the rules of this Court.


/s/ Eric J. Mayer