Case 4:17-cv-01450   Document 40-1   Filed in TXSD on 10/30/17   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
November 02, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| COBALT INTERNATIONAL ENERGY, INC., § § § Plaintiff, § § and § § JACK E. GOLDEN, JON A. § MARSHALL, D. JEFF VAN § STEENBERGEN, MYLES W. § SCOGGINS, MARTIN H. § YOUNG, WILLIAM P. UTT, § KENNETH W. MOORE, JR., § JAMES W. FARNSWORTH, § JOSEPH H. BRYANT, JOHN P. § WILKIRSON, J. HARDY § MURCHISON, PETER R. § CONEWAY, N. JOHN § LANCASTER, JR., HENRY § CORNELL, AND KENNETH A. § PONTARELLI, § § Intervenors, § § v. § § ILLINOIS NATIONAL § INSURANCE COMPANY; and § AXIS INSURANCE COMPANY, § § Defendants. § | | CIVIL ACTION NO. 4:17-cv-01450 |

## ORDER OF DISMISSAL

On October 30, 2017, Plaintiff, Plaintiffs-Intervenors, and AXIS Insurance

Company (collectively, the "Parties") filed a Joint Stipulation of Dismissal per Federal Rule of Civil Procedure 41 and requested that the Court enter this Order of Dismissal.

Accordingly, the Court takes note of the Parties' joint stipulation and hereby **ORDERS** that the Parties' claims and defenses that were brought or could have been brought in the above-referenced proceeding are **DISMISSED WITH PREJUDICE** and that each Party each bear its own attorney's fees and costs.

ENTERED this 31 day of Oct, 2017

_____
THE HONORABLE DAVID HITTNER
UNITED STATES DISTRICT JUDGE